RECEIVED
IN LAKE CHARLES, LA.

JUN 28 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RAYMOND SUTTON**<br>**LA. DOC# 503392** | : | **DOCKET NO. 2:10 CV1118**<br>**SECTION "P"** |
| VS. | : | **JUDGE MINALDI** |
| **WARDEN LYNN COOPER,**<br>**AVOYELLES CORRECTIONAL**<br>**CENTER** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and after consideration of the objections filed herein, specifically noting that the plaintiff has failed to demonstrate any basis for either statutory or equitable tolling of his claim, it is determined that the findings are correct under applicable law. The Magistrate's Report and Recommendation is therefore adopted by this Court. Accordingly, it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED as time-barred under 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28 day of June 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE